

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00847-CR

**IN RE THE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

On December 5, 2019, relator filed a petition for writ of mandamus and the real party in interest filed a response. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 8, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. B1661841.01, B1661842.01, B1661843.01, styled *The State of Texas v. Jack Edward Miller*, pending in the Municipal Court, Bexar County, Texas, the Honorable Al Tavera presiding.